IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT J. IMBRENDA, SR., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SANTANDER BANK, N.A., et al., | : | No. 14-6103 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **26th** day of **February, 2015**, upon consideration of Plaintiffs' Motion to Remand to State Court, Defendant Barbara Imbrenda's response thereto, and Plaintiffs' reply thereon, and for the reasons provided in this Court's Memorandum dated February 26, 2015, it is hereby **ORDERED** that:

1. Plaintiffs' motion (Document No. 14) is **GRANTED**.

2. This matter is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**